UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANDMARK FINANCIAL SOLUTIONS, LLC,

    Plaintiff,

v.                                            Case No:  2:12-cv-612-FtM-38DNF

MERCEDES M. GONZALEZ and ANSON STREET, LLC,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Motion to Confirm Foreclosure Sale (Doc. #27) filed on January 22, 2014. Defendants have not filed a response in opposition and the time to do so has expired. This matter is now ripe for review.

### Standard

"As established by the United States Supreme Court, confirmation of the sale is required as 'a bidder at a sale by a master, under a decree of court, is not considered a purchaser until the sale is confirmed.'" Sequoia Financial Solutions, Inc. v. Bidwell, No. 8:12-cv-2534-T-33MAP, 2013 WL 3491309, at *1 (M.D. Fla. July 10, 2013) (quoting Ballentyne v. Smith, 205 U.S. 285, 288 (1907)); see also Sequoia Financial Solutions,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Inc. v. Rosales, No. 8:13-cv-404-T-33MAP, 2013 WL 4845746 (M.D. Fla. Sept. 10, 2013) (same).

## Discussion

Plaintiff Landmark Financial Solutions, LLC filed its residential foreclosure Complaint against Defendants Mercedes M. Gonzales and Anson Street, LLC on November 8, 2012. (Doc. #1). The Complaint discussed that Plaintiff held a promissory note in the amount of $159,200.00, in consideration for real property which was secured through a mortgage executed by Defendant Gonzalez. This property, as noted in the Lee County Instrument No. 200700085372, is described as:

> Lot 2, Block 34, Unit No. 7, Plat of Section 21, a subdivision of Lehigh Acres, Township 45 S Range 27 E, as per plat thereof recorded in Plat Book 18, Page 53 to 69 of the Public Records of Lee County, Florida.
>
> Address: 729 Burns Avenue S., Lehigh Acres, Florida 33936.

Both defendants were served in this action. (Doc. #5; Doc. #6). Neither of the defendants, however, responded to the Complaint. Therefore on January 2, 2013, a Clerk's Default was entered against the defendants. (Doc. #14). The Court issued a Final Judgment and Order on August 19, 2013. (Doc. #26). Within this Order the Court appointed the law firm of Lynn Cole, P.A. as Special Master. As Special Master, the Court authorized and directed Lynn Cole, P.A. to offer and sell the property, its improvements, buildings, fixtures, and appurtenances for public sale, at the Lee County Courthouse at the usual hour and location for public sale, following complete publication of the advertisement, following notice of the public sale of the Property, to be published once a week for at least

four weeks prior to the sale in at least one newspaper regularly issued and of general circulation in Lee County, Florida.[2]

The Property was advertised for sale for four consecutive weeks prior to the sale. (See Doc. #27-1). The Special Master, Lynn Cole, P.A., conducted the sale on January 6, 2014. (See Doc. #27-2). Plaintiff purchased the property for a credit bid of $100.00. (See Doc. #27-2). The Court finds pursuant to the record, Plaintiff purchased the property and is therefore entitled to confirmation as the new owner. Plaintiff withdrew its *in-personam* claims for a deficiency, costs and attorney's fees and other monetary relief in Count I of its Complaint and withdrew Count III of the Complaint in its entirety, therefore these claims are due to be dismissed.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion to Confirm Foreclosure Sale (Doc. #27) is **GRANTED**.

    a. The foreclosure sale is hereby **CONFIRMED** pursuant to Rule 70 of the Federal Rules of Civil Procedure. Accordingly, the title of the property is conveyed to Plaintiff. This title shall be filed and recorded in the local land registry office, with the same legal effect as a Certificate of Title pursuant to Fla. Stat. Ann. § 45.11 et seq.

    b. The claims for deficiency, fees and costs pursuant to Count I of the Complaint (Doc. #1) are **DISMISSED**.

    c. Count III of the Complaint (Doc. #1) is **DISMISSED**.

---

[2] The Court inadvertently directed the Special Master to publicize the sale of the property in Sarasota County, Florida. (See Doc. #26, ¶9). The Special Master, however, correctly publicized the sale of the property in Lee County, Florida where the property is located. (See Doc. #27-1).

    d. The Decree of Foreclosure and Order of Sale otherwise remains in effect.

2. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of February, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record